UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:18-cr-33-JL |
| ) | |
| PAUL AARON ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, a Superseding Indictment against the above-named defendant having been filed in the above-entitled case on the 6th day of February, 2019.

This 6th day of February, 2019.

SCOTT W. MURRAY
United States Attorney

By: /s/ Georgiana L. Konesky
Georgiana L. Konesky
Assistant U.S. Attorney

WARRANT ISSUED: _____